UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA MEDLEN,<br><br>                      Plaintiff,<br><br>      v.<br><br>ROBERT SCOTT KENNARD, an individual, and the partnership d/b/a NELSON & KENNARD,<br><br>                      Defendants. | NO: 2:14-CV-115-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

**BEFORE** the Court is the Plaintiff's Notice of Voluntary Dismissal pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 5. Having reviewed the Notice and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 5**, is **APPROVED**. Plaintiff's Complaint is dismissed without prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 21st day of August 2014.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge